AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | )
|---|---|
| Calenture, LLC, et. al., | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   26-cv-3992 |
| Michael Castagna, et. al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Calenture, LLC, and Dennis Donoghue                                                                                        .

Date:        5/20/2026

/s/ Miriam Tauber
*Attorney's signature*

Miriam Tauber (MT-1979)
*Printed name and bar number*
Miriam Tauber Law PLLC
885 Park Ave 2A
New York NY 10075

*Address*

MiriamTauberLaw@gmail.com
*E-mail address*

323-790-4881
*Telephone number*

*FAX number*

Print          Save As...                                              Reset