AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Calenture, LLC, et. al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| Michael Castagna, et. al., | ) |
| *Defendant* | ) |

Case No.   26-cv-3992

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Calenture, LLC, and Dennis Donoghue                                                    .

Date:      5/20/2026

s/ David Lopez
*Attorney's signature*

David Lopez (DL-6776)
*Printed name and bar number*
Law Office of David Lopez
171 Edge of Woods Rd. or PO Box 323
Southampton NY 11969

*Address*

DavidLopezEsq@aol.com
*E-mail address*

631-287-5520
*Telephone number*

*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|